**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

C.A.D-A.,                                         :
                                                 :
                    Petitioner,                  :
                                                 :
v.                                               :          Case No. 4:26-cv-932-CDL-ALS
                                                 :
Warden, STEWART DETENTION                        :
CENTER, *et al.*,                                :
                                                 :
                    Respondents.                 :
_____

**ORDER**

On June 11, 2026, the Court received Petitioner's counseled application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 15th day of June, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE